UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YANNIS BONIKOS and RIGEL SHAHOLLI, individually and on behalf of others similarly situated,

*Plaintiffs,*

v.

50 FRONT STREET ENTERPRISES, INC. (d/b/a "Mykonos"), PETER KAZAMIAS, JOHN DOE CORP. #1 (d/b/a "50 Front"), JOHN DOE CORPS. #2-10, and JOHN DOES 1-10,

*Defendants.*

---

**NOTICE OF APPEARANCE**

1:17-cv-06076

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants 50 FRONT STREET ENTERPRISES, INC. and PETER KAZAMIAS. I certify that I am admitted to practice in this court.

Date: November 21, 2017

Law Offices of Michael Chong, LLC

*Michael K. Chong*
Michael K. Chong, Esq.
*Attorney for Defendants*

2 Executive Drive, Ste. 720
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

1250 Broadway, 36th Fl., Ste. 300
New York, NY 10001
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com