

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

\* *Please Reply to*: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

June 8, 2018

*Via ECF; Total Pages: 1*
Hon. Judge Ramon E. Reyes, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

    Re:    Bonikos et al v. 50 Front Street Enterprises, Inc. et al
             Docket No. 1:17-cv-06076

Dear Judge Reyes:

    This office represents Defendants in the above referenced matter. I am writing to request an adjournment of the Final Pretrial Conference scheduled for August 15, 2018 at 11:00 a.m. to an alternate date that is most convenient for the Court. I have a pre-existing conflict with another case which cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and he consents to this adjournment request. The parties submit August 27, 28, 29, 30, and 31, 2018 for the court's consideration for rescheduling. This is the first request for adjournment in this matter.

    Thank you for your kind courtesies in this matter.

                                  Respectfully submitted,

                                  *Michael K. Chong*

                                  Michael K. Chong, Esq.

MKC/kr
cc: Plaintiff's counsel (Via ECF)