UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANNIS BONIKOS and RIGEL SHAHOLLI, individually and on behalf of others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>50 FRONT STREET ENTERPRISES, INC. (d/b/a "Mykonos"), PETER KAZAMIAS, JOHN DOE CORP. #1 (d/b/a "50 Front"), JOHN DOE CORPS. #2-10, and JOHN DOES 1-10,<br><br>*Defendants.* | **NOTICE OF APPEARANCE**<br><br>1:17-cv-06076 |

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendants 50 FRONT STREET ENTERPRISES, INC. and PETER KAZAMIAS. I certify that I am admitted to practice in this court.

Date: September 8, 2018

 

*/s/ T. Bryce Jones*
T. Bryce Jones, Esq.
Jones Law Firm, P.C.
Attorneys for Defendants
43 W. 43rd St, Suite 180
New York, NY 10036
(212) 258-0685
bryce@joneslawnyc.com