AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Bonikos et al

        Plaintiff (s),

V.

50 Front Street Enterprises, Inc. et al

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:17-cv-06076

Notice is hereby given that, subject to approval by the court, __Defendants__ substitutes
(Party (s) Name)

__Tanner Bryce Jones, Esq__, State Bar No. 5364013 (NY) as counsel of record in
(Name of New Attorney)

place of __Michael K. Chong, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Jones Law Firm, P.C.

    Address:    43 W. 43rd St, Suite 180, New York, NY 10036

    Telephone:    (212) 258-0685    Facsimile (212) 202-4062

    E-Mail (Optional):    bryce@joneslawnyc.com

I consent to the above substitution.

Date: 09/10/18

(Signature of Party (s))

I consent to being substituted.

Date: 09/10/18

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/12/2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so

ORDERED. Date: _____

        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]