# VARACALLI & HAMRA, LLP

32 Broadway Suite 1818
New York, New York 10004
(646) 590-0571 Phone
(646) 619-4012 Fax
www.vhllp.com Web

October 111, 2018

Anthony R. Portesy, Esq.
aportesy@vhllp.com

**VIA ECF**
Honorable Magistrate Judge Ramon E. Reyes, Jr
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re: *Bonikos et. al v. 50 Front Street Enterprises et al.*
          Civil No.: 17-cv-06076

Dear Judge Reyes:

 As you know, this office represents plaintiffs in the above captioned action. I write today to request an adjournment of the Court's Status Conference scheduled for October 25th, 2018 at 12:00 PM. I have a settlement conference before Magistrate Judge Shields in Central Islip at 10:30 AM and it will be difficult for me to attend both conferences. Moreover, the settlement conference before Judge Shields has already been rescheduled multiple times and I will be unable to adjourn that conference.

 Defendant's counsel consents to this request and has proposed the conference be scheduled on November 1st, 2018 at noon, if the Court desires a Thursday date for the status conference.

 I respectfully request that the Court adjourn the conference for another date that the Court's schedule allows. I thank the Court in advance for consideration of this request.


Very truly yours,

_____
Anthony R. Portesy