UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANNIS BONIKOS and RIGEL SHAHOLLI, *individually and on behalf of others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>50 FRONT STREET ENTERPRISES, INC. (d/b/a "Mykonos"), PETER KAZAMIAS, JOHN DOE CORP. #1 (d/b/a "50 Front"), JOHN DOE CORPS. #2-10, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 1:17-cv-06076-ARR-RER<br><br>**NOTICE OF MOTION TO SET ASIDE IN PART AN ORDER OF THE MAGISTRATE JUDGE** |

PLEASE TAKE NOTICE that upon the annexed memorandum of law, the affirmation of T. Bryce Jones, Esq., counsel for Defendants, and the exhibits annexed hereto, Defendants respectfully request that the Court enter an Order Setting Aside in Part the November 7, 2018 Order of Magistrate Judge Reyes:

1) Setting aside the preclusion of eight witnesses for the Defendants;

2) Setting aside the preclusion of Plaintiffs' deposition testimony at trial insofar as the language of the November 7, 2018 Order may be read to preclude the use of this testimony for impeachment purposes at trial;

3) Setting aside certain limitations on scope and duration that the November 7, 2018 Order placed on the reopened discovery; and

4) For such other relief as it may deem just and equitable.

Dated: November 21, 2018

                                              Respectfully submitted,

<u>/s/ Bryce Jones</u>
T. Bryce Jones, Esq.
**Jones Law Firm, P.C.**
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com
*Counsel for Defendants*