UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANNIS BONIKOS and RIGEL SHAHOLLI, individually and on behalf of others similarly situated,<br>      Plaintiff,<br><br>            v.<br><br>50 FRONT STREET ENTERPRISES, INC. (d/b/a "Mykonos"), PETER KAZAMIAS, JOHN DOE CORP. #1 (d/b/a "50 Front"), JOHN DOE CORPS. #2-10, and JOHN DOES 1-10,<br>      Defendants. | Case No. 1:17-cv-06076<br><br>NOTICE OF APPEARANCE |

   PLEASE TAKE NOTICE that JACLENE R. TROISI an associate attorney at Varacalli & Hamra, LLP, hereby enters his appearance on behalf of Plaintiffs, YANNIS BONIKOS and RIGEL SHAHOLLI in the above-entitled action. I am admitted to practice in this court and my bar number is JT-7560.  All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: November 27, 2018
       New York, NY

                    VARACALLI & HAMRA, LLP

                    */s/ Jaclene R. Troisi*
                    Jaclene R. Troisi (AP-7560)
                    *Attorneys for Defendants*
                    32 Broadway, Suite 1818
                    New York, NY 10004
                    Tel.: (646) 590-0571
                    Fax.: (646) 619-4012
                    E-mail: jtroisi@vhllp.com