UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANNIS BONIKOS and RIGEL SHAHOLLI, *individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>50 FRONT STREET ENTERPRISES, INC. (d/b/a "Mykonos"), PETER KAZAMIAS, JOHN DOE CORP. #1 (d/b/a "50 Front"), JOHN DOE CORPS. #2-10, and JOHN DOES 1-10,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:17-cv-06076 |

PLEASE TAKE NOTICE that JOHN J. THOMPSON an associate attorney at Jones Law Firm, P.C., hereby enters his appearance on behalf of Defendants, 50 FRONT STREET ENTERPRISES, INC. and PETER KAZAMIAS in the above-entitled action. I am admitted to practice in this court and my bar number is JT-7236. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Date: January 14, 2019

*/s/ John J. Thompson*
John J. Thompson, Esq.
Jones Law Firm, P.C.
Attorneys for Defendants
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
john.t@joneslawnyc.com