UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANNIS BONIKOS and RIGEL SHAHOLLI, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>50 FRONT STREET ENTERPRISES, INC. (d/b/a "Mykonos"), PETER KAZAMIAS, JOHN DOE CORP. #1 (d/b/a "50 Front"), JOHN DOE CORPS. #2-10, and JOHN DOES 1-10,<br><br>      Defendants. | Case No. 1:17-cv-06076<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Ibrahim Abohamra, an attorney at Varacalli & Hamra, LLP, hereby enters his appearance on behalf of Plaintiffs, YANNIS BONIKOS and RIGEL SHAHOLLI in the above-entitled action. I am admitted to practice in this court and my bar number is IA1988. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: January 30, 2019
      New York, NY

                                  VARACALLI & HAMRA, LLP

                                  _____
                                  Ibrahim Abohamra
                                  *Attorneys for Defendants*
                                  32 Broadway, Suite 1818
                                  New York, NY 10004
                                  Tel.: (646) 590-0571
                                  Fax.: (646) 619-4012
                                  E-mail: ahamra@vhllp.com