**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YANNIS BONKOS and RIGEL SHAHOLLI, individually, and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>50 FRONT STREET ENTERPRISES, INC. (d/b/a "Mykonos"), PETER KAZAMIAS, JOHN DOE CORP. #1 (d/b/a "50 Front"), JOHN DOE CORPS. #2-10, and JOHN DOES 1-10.<br><br>           Defendant. | Case No. 1:17-CV-06076<br><br>**DECLARATION OF ANTHONY R. PORTESY IN SUPPORT OF MOTION FOR SETTLEMENT OF FLSA ACTION** |

<u>**Declaration of Anthony R. Portesy, Esq.**</u>

I, Anthony R. Portesy, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I submit this Declaration in support of the Motion for Settlement in the above-captioned matter.

2. I served as counsel in the above-captioned action and am fully familiar with the facts and circumstances related herein, and with the legal services performed and expenses incurred on behalf of Plaintiffs by my firm, Varacalli & Hamra LLP.

3. I am currently a junior partner and have been associated with the firm for nearly one year. My law firm handles commercial litigation as well as labor and employment litigation.

4. Prior to my work at Varacalli & Hamra LLP, I was an associate at Slater Slater Schulman for three and a half years litigating Title VII discrimination matters as well as wage and hour collective and class action litigations including: FRCP

Rule 23 class action litigations involving hundreds of class members including: In Re Bergen Discount Stores Litigation, 14-cv-7990 and Vargas v. Call-A-Head Corp, 15-cv-5101 in the Southern District of New York.

5. Attached hereto as Attachment A is a complete and detailed list of the hours spent by all attorneys in regards to this lawsuit.

6. The hourly rate applied for all hours in this litigation is $400 per hour. This is a an acceptable rate for partners in the Southern District of New York as well as the rate allocated by the Court in this litigation in its November 7, 2019 date Order instructing Defendants to pay our firm's legal fees for the first set of depositions of the Plaintiffs as a sanction for late produced discovery. Given that 207 hours were spent on this case, the amount of attorneys' fees is $104,177.23.

7. All of the time expended in this case was done in a reasonable and efficient matter including extensive motion practice, the filing of multiple joint pre-trial orders, and litigating numerous discovery disputes between Defendants' prior and present counsel.

8. To date, my firm's work has consisted of, without limitation: filing of the Complaint; meeting with Plaintiffs throughout the litigation; conducting depositions of the Defendant; defending two separate sets of depositions for both plaintiffs in this action; responding to Defendants' First Set of Interrogatories, First Request for Documents and Requests for Admission; preparing Plaintiffs' First Request for Production of Documents, Requests for Admission; reviewing executed contracts; reviewing thousands of pages of late produced discovery by Defendants' previous counsel; conducting legal research;  drafting multiple

motions in limine, drafting oppositions and replies to Defendants' Motion to exclude, as well as communications with the Court, and attending mediation as well as a settlement conference before the Magistrate Judge in this action.

9. The one third (1/3) contingency of the settlement plus costs reflects less than half the amount of legal fees expended on this litigation and represents a fair compromise with respect to this litigation.

10. Annexed hereto as Exhibit A is the Settlement Agreement executed by the Parties.

11. Annexed hereto as Exhibit B is the retainer agreement between my firm and the plaintiffs.

12. Annexed hereto as Exhibit C is the billing record associated with this litigation.

WHEREFORE, your declarant respectfully requests that the Settlement Agreement be approved.

Dated: New York, New York
March 21, 2019

VARACALLI & HAMRA LLP

_____
Anthony R. Portesy, Esq.
32 Broadway Ste. 1818
New York, New York 10004
aportesy@vhllp.com
*Attorneys for Plaintiffs*